# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 31, 2013

## NO. 03-12-00192-CR

**Tony Martinez, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 22ND DISTRICT COURT OF HAYS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON AND ROSE
MODIFIED AND, AS MODIFIED, AFFIRMED --
OPINION BY JUSTICE PEMBERTON**

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was error in the judgments of conviction, but that such error does not require the judgment be reversed: **IT IS THEREFORE** considered, adjudged and ordered that the judgments of conviction are modified to reflect that Martinez pleaded "guilty" to each count of the indictment. As so modified, the judgments of conviction are affirmed. It **FURTHER** appearing to the Court that the appellant is indigent and unable to pay costs, that no adjudication as to costs is made; and that this decision be certified below for observance.